*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200  Telefax: (718) 783-8226
e-mail: kellmanesq@aol.com

```
RECEIVED
    4
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/11
```

May 24, 2011

**BY FACSIMILE: (212) 805-8390**
Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Jose Navas**
S3 08 Cr. 1144 (WHP)

Dear Judge Pauley:

Counsel was appointed to represent Arturo Morel in the above-referenced matter, pursuant to the Criminal Justice Act.

It is counsel's understanding that the case is currently scheduled for trial, without Arturo Morel. It is counsel's further understanding that the government does not plan to try Mr. Arturo Morel *in absentia* and that the Court is considering granting the government's application to sever Arturo Morel from the trial defendants. While I am unable to confer with my client on this important question, there is little question in my mind that his interest is best served if he is present at his trial and able to meaningfully assist in his defense.

Accordingly, counsel consents to the proposed severance, as to Arturo Morel. Finally, subject to the Court's view in this regard, counsel does not plan to attend the trial of this matter.

The Court's consideration of this matter is appreciated.

Respectfully submitted,

Susan G. Kellman

cc: A.U.S.A Telemachus P. Kasulis

APPLICATION GRANTED.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/25/11